# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QBE SPECIALTY INSURANCE COMPANY, a North Dakota Corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>TLC SAFETY CONSULTANTS, INC., a California Corporation, PIPKIN DETECTIVE AGENCY, INC., a California Corporation, and DOES 1-100, Inclusive,<br><br>    Defendants.<br><br>_____<br><br>AND RELATED CROSS-CLAIMS | CASE NO.: 1:11-cv-00233-SKO<br><br>**ORDER GRANTING PLAINTIFF'S MOTION TO ENFORCE RECORDS ONLY SUBPOENA FOR GILBERT GARCIA CHAVEZ'S CALIFORNIA DEPARTMENT OF MOTOR VEHICLE RECORDS** |

    Having read the Motion of Plaintiff QBE SPECIALTY INSURANCE COMPANY for an Order compelling the California Department of Motor Vehicle's compliance with the subpoena for Gilbert Garcia Chavez's DMV records, and having heard oral argument thereon,

    IT IS SO ORDERED that the Motion is granted and that the California Department of Motor Vehicles shall release to Plaintiff QBE SPECIALTY INSURANCE COMPANY any

documents that contain any record of convictions or criminal acts of Gilbert Garcia Chavez in un-redacted form.

IT IS SO ORDERED.

Dated: **February 1, 2012**          **/s/ Sheila K. Oberto**
                                     UNITED STATES MAGISTRATE JUDGE