1
2
3
4
5
6
7

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QBE SPECIALTY INSURANCE COMPANY, a North Dakota Corporation,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>TLC SAFETY CONSULTANTS, INC., a California Corporation, PIPKIN DETECTIVE AGENCY, INC., a California Corporation, and DOES 1-100, Inclusive,<br><br>　　　　　Defendants.<br>_____<br><br>AND RELATED CROSS-CLAIMS<br>_____ | CASE NO.: 1:11-cv-00233-SKO<br><br>**ORDER GRANTING STIPULATED REQUEST FOR A SCHEDULE MODIFICATION** |

　　Having read the Stipulated Request for a Schedule Modification filed by the parties, Plaintiff QBE SPECIALTY INSURANCE COMPANY, and Defendants, Cross-Claimants, and Cross-Defendants, TLC TRANSPORTATION MANAGEMENT / SAFETY CONSULTANTS, and PIPKIN DETECTIVE AGENCY, INC., and the supporting declarations of counsel attached thereto,

1

**ORDER GRANTING STIPULATED REQUEST FOR A SCHEDULE MODIFICATION**

IT IS SO ORDERED that the Scheduling Order be modified as follows:

| **Deadline** | | **New Schedule** |
|---|---|---|
| 1. | Expert Disclosure | August 6, 2012 |
| 2. | Rebuttal Expert Discl. | August 20, 2012 |
| 3. | Expert Discovery | September 5, 2012 |
| 4. | Settlement Conference | September 11, 2012[1] |
| 5. | Non-Expert Discovery | September 13, 2012 |
| 6. | Non-Disp. Mot. Filing | September 19, 2012 |
| 7. | Non-Disp. Hearing | October 17, 2012 |
| 8. | Dispositive Filing | October 24, 2012 |
| 9. | Dispositive Hearing | December 5, 2012 |
| 10. | Pre-Trial Conf. | January 16, 2013 |
| 11. | Trial | February 26, 2013 |

IT IS SO ORDERED.

Dated:   **June 21, 2012**                              /s/ Sheila K. Oberto
                                                UNITED STATES MAGISTRATE JUDGE

---

[1] The Settlement Conference is set before Magistrate Judge Beck in Courtroom 9.

2

**ORDER GRANTING STIPULATED REQUEST FOR A SCHEDULE MODIFICATION**