Michael J. Czeshinski, #138063
Varduhi R. Petrosyan, #215740
WILKINS, DROLSHAGEN & CZESHINSKI LLP
6785 N. Willow Ave.
Fresno, CA 93710
Telephone: (559) 438-2390
Facsimile: (559) 438-2393

(SPACE BELOW FOR FILING STAMP ONLY)

Attorneys for Defendant, Cross-Defendant and Cross-Claimant, PIPKIN DETECTIVE AGENCY, INC.

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA-FRESNO**

| | |
|---|---|
| QBE SPECIALTY INSURANCE COMPANY, a North Dakota Corporation,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>TLC SAFETY CONSULTANTS, INC., a California Corporation, PIPKIN DETECTIVE AGENCY, INC., a California, and Does 1 through 100, inclusive.<br><br>　　　　　　Defendants.<br><br>AND RELATED CROSS-ACTIONS. | Case Number  1:11-CV-00233 SKO<br><br>**ORDER GRANTING STIPULATED REQUEST FOR A SCHEDULE MODIFICATION**<br><br>Action Filed: February 11, 2011<br>Trial Date:　　February 26, 2013<br>Judge:　　　　Hon. Sheila K. Oberto |

　　　Having read the Stipulated Request for a Schedule Modification filed by the parties, Plaintiff, QBE SPECIALTY INSURANCE COMPANY ("QBE"), and Defendants, Cross-Claimants, and Cross-Defendants, TLC TRANSPORTATION MANAGEMENT /SAFETY CONSULTANTS ("TLC"), and PIPKIN DETECTIVE AGENCY, INC., ("PIPKIN") and the supporting declarations of counsel attached thereto, the schedule is modified as follows:

WILKINS,
DROLSHAGEN &
CZESHINSKI LLP
6785 N. Willow Ave.
Fresno, CA 93710

Order Granting Stipulated Request for Schedule Modification

| **Deadline/Date** | **Current Schedule** | **Modified Schedule** |
|---|---|---|
| **Dispositive Filing** | **October 24, 2012** | **January 9, 2013** |
| **Dispositive Hearing** | **December 5, 1012** | **February 20, 2013** |
| **Pre-Trial Conference** | **January 16, 2013** | **July 10, 2013** |
| **Trial** | **February 26, 2013** | **August 27, 2013** |

The Pretrial conference shall be continued to **July 10, 2013**.

IT IS SO ORDERED.

Dated:   October 18, 2012                    /s/ Sheila K. Oberto
                                   UNITED STATES MAGISTRATE JUDGE

8

Order Granting Stipulated Request for Schedule Modification

WILKINS,
DROLSHAGEN &
CZESHINSKI LLP
6785 N. Willow Ave.
Fresno, CA 93710