Raymond D. McElfish, Esq., SBN: 224390
Jeffrey C. Lynn, Esq., SBN: 97698
MCELFISH LAW FIRM
1112 N. Sherbourne Drive
West Hollywood, California 90069-2202
TEL: (310) 659-4900/FAX: (310) 659-4926
Our File No: LA42-101
Attorneys for Plaintiff, QBE SPECIALTY INSURANCE COMPANY, a North Dakota Corporation

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA-FRESNO

| | |
|---|---|
| QBE SPECIALTY INSURANCE COMPANY, a North Dakota Corporation,<br><br>    Plaintiff,<br><br>  vs.<br><br>TLC SAFETY CONSULTANTS, INC., a California Corporation, PIPKIN DETECTIVE AGENCY, INC., a California Corporation, and DOES 1-100, Inclusive,<br><br>    Defendants.<br>_____<br>AND RELATED CROSS-ACTIONS. | CASE NO.: 1:11-cv-00233-SKO<br><br>**ORDER GRANTING STIPULATED REQUEST FOR A MODIFICATION OF MINUTE ORDER OF OCTOBER 25, 2012**<br><br>Action Filed: February 11, 2011<br>Trial Date:    Off Calendar<br>Judge:         Hon. Sheila K. Oberto |

Having read the Stipulated Request for a Modification filed by the parties, Plaintiff QBE SPECIALTY INSURANCE COMPANY ("QBE"), and Defendants, Cross-Claimants, and Cross-Defendants, TLC TRANSPORTATION MANAGEMENT/SAFETY CONSULTANTS ("TLC"), and PIPKIN DETECTIVE AGENCY, INC., ("PIPKIN") and the supporting declaration of counsel attached thereto,

/ / /

/ / /

/ / /

1

**ORDER GRANTING STIPULATED REQUEST FOR SCHEDULE MODIFICATION**

1   IT IS SO ORDERED that the parties shall have an additional thirty (30) days, or up to
2   and including December 14, 2012, in which to complete and file all dispositional documents
3   and dismissal of all claims and cross-claims in the above entitled action.

IT IS SO ORDERED.

Dated:   **November 14, 2012**           **/s/ Sheila K. Oberto**
                                         UNITED STATES MAGISTRATE JUDGE

**ORDER GRANTING STIPULATED REQUEST FOR SCHEDULE MODIFICATION**