IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QBE SPECIALTY INSURANCE COMPANY, a North Dakota Corporation,<br><br>  Plaintiff,<br><br>  vs.<br><br>TLC SAFETY CONSULTANTS, INC., a California Corporation, PIPKIN DETECTIVE AGENCY, INC., a California Corporation, and DOES 1-100, Inclusive,<br><br>  Defendants.<br>_____<br><br>AND RELATED CROSS-CLAIMS<br>_____ | CASE NO.: 1:11-cv-00233-SKO<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL** |

Pursuant to The Stipulation of Dismissal filed by the parties on December 19, 2012 (Doc. 61), the case of QBE SPECIALTY INSURANCE COMPANY vs. TLC TRANSPORTATION MANAGEMENT / SAFETY CONSULTANTS, and PIPKIN DETECTIVE AGENCY, INC., United States District Court Case No. 1:11-cv-00233-SKO, is hereby ordered

1

**ORDER GRANTING STIPULATION FOR DISMISSAL**

dismissed with prejudice in its entirety.

IT IS SO ORDERED.

Dated:   **December 21, 2012**                    **/s/ Sheila K. Oberto**
                                                  UNITED STATES MAGISTRATE JUDGE